THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Sammie Stroman, Appellant,
 v.
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
 Carolyn C. Matthews, Administrative Law Court
Judge

Unpublished Opinion No. 2010-UP-430
 Submitted October 1, 2010  Filed October
11, 2010

AFFIRMED

 
 
 
 Sammie Stroman, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Sammie
 Stroman appeals his disciplinary convictions for possession of a cell phone or
 communication device and sexual misconduct, arguing the South Carolina
 Department of Corrections (the Department) violated his right to due process. 
 Because we find the Department followed its disciplinary and grievance
 procedures, we affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authority: Al-Shabazz
 v. State, 338 S.C. 354, 373, 527
 S.E.2d 742, 752 (2000) ("We hold that Department's disciplinary and
 grievance procedures are consistent with the [due process] standards delineated
 by the Supreme Court [of the United States] in [Wolff v. McDonnell, 418
 U.S. 539 (1974)]."). 
AFFIRMED. 
SHORT,
 THOMAS, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.